# United States District Court
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

MICKEY ALAN DAY

**WARRANT FOR ARREST**

CASE NO. MJ08-5022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICKEY ALAN DAY
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of a Firearm

in violation of Title 18, United States Code, Sections 922(g)(1)

DAVID CHRISTEL
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ NONE   by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JANUARY 30, 2008 at Vancouver, Washington
Date and Location

_[signature]_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| at |

| DATE RECEIVED | NAME OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

USAO No. 2110R01521



08-MJ-05022-WRNT